10-CV-01421-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISAIAS PERALTA,<br><br>                Plaintiff,<br>v.<br><br>KENT REGIONAL JUSTICE CENTER,<br><br>                Defendant. | Case No. C10-1421 JLR<br><br>**ORDER DISMISSING § 1983 ACTION** |

    The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

    (1) The Court adopts the Report and Recommendation;

    (2) The complaint, amended complaint, and this § 1983 action are **DISMISSED** without prejudice for failure to state a claim on which relief can be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii);

    (3) This dismissal shall count as a "strike" under 28 U.S.C. § 1915(g); and

    (4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 22nd day of Oct., 2010.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING § 1983 ACTION- 1